IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACEY SCHATZBERG,  Case No.8:09-cv-2104-T-17EAJ
    Plaintiff,
v.

CLIENT SERVICES, INC., and
JANE DOE,
    Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW,** Plaintiff, TRACEY SCHATZBERG and Defendant, CLIENT SERVICES, INC., by and through their undersigned counsel, and hereby jointly stipulate and agree to dismiss the above styled case with prejudice with each party to bear their own costs and fees.

Dated this 3rd day of January, 2011.

| | |
|---|---|
| s/ G. Donald Golden | s/ Dale T. Golden |
| G. DONALD GOLDEN, ESQUIRE | DALE T. GOLDEN, ESQUIRE |
| FBN: 0137090 | FBN: 0094080 |
| THE GOLDEN LAW GROUP | GOLDEN & SCAZ, PLLC |
| 808 Oakfield Drive, Suite A | 201 N Armenia Avenue |
| Brandon, FL 33511 | Tampa, FL 33609 |
| Telephone: (813) 413-8700 | Telephone: (813) 251-5500 |
| Facsimile: (813) 413-8701 | Facsimile: (813) 251-3675 |
| Attorneys for Plaintiff | Attorneys for Defendant |